# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137429

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                   SC: 137429
                                   COA: 284140
                                   Oakland CC: 1994-133676-FC

GARY L. MORRIS,
       Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion to correct the presentence report was a successive motion for relief from judgment, which is prohibited by MCR 6.502(G).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

p0120